MARY T. CLARK, Respondent, *v.* JEREMIAH J. AUSTIN, Appellant.

(Argued December 14, 1875; decided December 21, 1875.)

*G. L. Stedman* for the appellant.

*Matthew Hale* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.

----

IN THE MATTER OF THE PETITION OF THOMAS RAE TO VACATE AN ASSESSMENT.

(Argued December 14, 1875; decided December 21, 1875.)

*Irving Ward* for the appellant.

*William C. Whitney* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.

----

SAMUEL H. RANDALL, Respondent, *v.* CHARLES DUSENBURY, Trustee, etc., Appellant.

(Argued December 14, 1875; decided December 21, 1875.)

*Ira D. Warren* for the appellant.

*Samuel H. Randall*, respondent, in person.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.